IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHRIS MALMBERG, and NATALIE MALMBERG,<br><br>        Plaintiffs,<br><br>  vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>        Defendant. | 8:21CV409<br><br>ORDER ON STIPULATION FOR DISMISSAL |

    This case is before the Court on the parties' Stipulation for Dismissal with Prejudice. Filing 30. The parties request that this matter be dismissed with prejudice, with each party to pay its own costs and attorney fees. Under these circumstances, dismissal with prejudice is appropriate. Accordingly,

    IT IS ORDERED that the parties' parties' Stipulation for Dismissal with Prejudice, Filing 30, is granted and this matter is dismissed with prejudice, with each party to pay its own costs and attorney fees..

    Dated this 1st day of May, 2023.

                                               BY THE COURT:

                                             Brian C. Buescher
                                             United States District Judge